# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WRIGHT, SUSAN W. | EASTERN DISTRICT OF ARKANSAS | 4/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 4/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simmons Bank Account | A | Interest | K | T | | | | | |
| 2. Brokerage Acct. WF7-2943 (IRA) (H) | | | | | | | | | |
| 3. - Money Market - Wells Fargo | A | Interest | K | T | | | | | |
| 4. - Apple Inc. | | None | | | Sold | 01/07/19 | K | C | |
| 5. - ISHARES ETF PFD & INCOME SECS PFF (IShares S&P US Preferred Stock) | D | Dividend | L | T | Buy (add'l) | 01/07/19 | K | | |
| 6. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 7. - ALPHABET INC VOTING CAP STK CL A | | None | | | Sold | 01/07/19 | K | D | |
| 8. - ISHARES S&P MIDCAP 400 VALUE | | None | | | Sold | 01/07/19 | K | | |
| 9. - ISHARES CORE S&P SMALL CAP 600 VALUE | | None | | | Sold | 01/07/19 | K | | |
| 10. - PIMCO FDS INCOME FD INSTL CL | D | Dividend | M | T | Buy (add'l) | 01/07/19 | K | | |
| 11. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 12. | | | | | Sold (part) | 12/27/19 | J | | |
| 13. - BERKSHIRE HATHAWAY INC SERIES B NEW | | None | | | Sold | 01/07/19 | K | D | |
| 14. - JPMORGAN CHASE & CO | A | Dividend | | | Sold | 01/07/19 | K | D | |
| 15. - MERCK & CO INC NEW | A | Dividend | | | Sold | 01/07/19 | K | D | |
| 16. - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | C | Dividend | L | T | Buy (add'l) | 01/07/19 | K | | |
| 17. | | | | | Buy (add'l) | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/07/19 | K | | |
| 19. - PACIFIC FUNDS FLOATING RATE INCOME ADVISOR | A | Dividend | | | Sold (part) | 01/07/19 | L | | |
| 20. | | | | | Sold (part) | 01/07/19 | K | | |
| 21. | | | | | Sold (part) | 01/07/19 | K | | |
| 22. | | | | | Sold | 01/07/19 | J | | |
| 23. - CVS HEALTH CORPORATION FMGR FR AETNA INC(NEW) | | None | | | Sold | 01/07/19 | J | | |
| 24. - ISHARES CORE S&P SMALL CAP 600 GROWTH | | None | | | Sold | 01/07/19 | K | | |
| 25. - ISHARES RUSSELL MIDCAP GROWTH | | None | | | Sold | 01/07/19 | K | | |
| 26. - LOWES COMPANIES INC | | None | | | Sold | 01/07/19 | K | B | |
| 27. - MORGAN STANLEY & CO | | None | | | Sold | 01/07/19 | K | | |
| 28. - TJX COS INC NEW | | None | | | Sold | 01/07/19 | K | C | |
| 29. - VANGUARD TOTAL INTL ETF STOCK INDEX FD | | None | | | Sold | 01/07/19 | K | | |
| 30. - VANGUARD TOTAL STOCK ETF MARKET ETF | | None | | | Sold | 01/07/19 | M | | |
| 31. | B | Dividend | M | T | Buy | 02/19/19 | K | | |
| 32. | | | | | Buy (add'l) | 02/25/19 | K | | |
| 33. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 34. | | | | | Buy (add'l) | 04/08/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 36. | | | | | Sold (part) | 07/29/19 | J | A | |
| 37. | | | | | Sold (part) | 08/26/19 | K | A | |
| 38. - JANUS HENDERSON FUNDS GLOBAL REAL ESTATE FUND CLASS I | | None | | | Sold | 01/07/19 | K | | |
| 39. - DOUBLELINE FDS TR SHILLER ENHANCED CAPE CL I | C | Dividend | L | T | Buy | 01/07/19 | K | | |
| 40. | | | | | Sold (part) | 06/14/19 | J | A | |
| 41. | | | | | Buy (add'l) | 08/29/19 | K | | |
| 42. - FIDELITY INVESTMENTS MONEY MARKET FDS INSTL | A | Dividend | | | Buy | 01/07/19 | M | | |
| 43. | | | | | Sold (part) | 02/19/19 | K | | |
| 44. | | | | | Sold (part) | 02/25/19 | K | | |
| 45. | | | | | Sold (part) | 03/04/19 | K | | |
| 46. | | | | | Sold (part) | 04/08/19 | K | | |
| 47. | | | | | Sold | 06/14/19 | K | | |
| 48. | | | | | Buy | 08/26/19 | K | | |
| 49. | | | | | Sold | 12/10/19 | K | | |
| 50. - FIRST TRUST MORNINGSTRETF DIVIDEND LEADERS INDEX ETF | B | Dividend | K | T | Buy | 01/07/19 | K | | |
| 51. | | | | | Sold (part) | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ISHARES EDGE MSCI ETF USA QUALITY FACTOR ETF | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 53. | | | | | Sold (part) | 06/14/19 | J | A | |
| 54. - ISHARES EDGE MSCI ETF USA VALUE FACTOR ETF | A | Dividend | | | Buy | 01/07/19 | K | | |
| 55. | | | | | Sold | 08/29/19 | K | B | |
| 56. - ISHARES EDGE MSCI ETF MIN VOL USA ETF | B | Dividend | L | T | Buy | 01/07/19 | K | | |
| 57. | | | | | Sold (part) | 06/14/19 | J | A | |
| 58. | | | | | Buy (add'l) | 08/29/19 | K | | |
| 59. - INVESCO TR II ETF S&P MIDCAP LOW VOLATILITY | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 60. | | | | | Sold (part) | 06/14/19 | J | A | |
| 61. - PROSHARES TR ETF S&P MIDCAP 400 DIVID ARISTOCRATS | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 62. | | | | | Sold (part) | 06/14/19 | J | A | |
| 63. - PROSHARES S&P 500 ETF DIVIDEND A | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 64. | | | | | Sold (part) | 06/14/19 | J | A | |
| 65. - VANGUARD INTL EQUITY ETF INDEX FDS FTSE EMERGING MKTS ETF | B | Dividend | L | T | Buy | 01/07/19 | L | | |
| 66. - VANGUARD INTL EQTY INDEX FDS ETSE ALL WORLD EX US | B | Dividend | L | T | Buy | 01/07/19 | L | | |
| 67. - SPDR GOLD TRUST ETF | | None | L | T | Buy | 06/14/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 4/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 08/07/19 | K | | |
| 69. - UBS AG JERSEY BRH ETN E-TRACS LKD TO ALERIAN MLP INFRSTRE | | None | K | T | Buy | 12/10/19 | K | | |
| 70. - PIMCO FDS PAC INVT MMT STOCKPLUS ABSOLUTE RETURN FD INSTL CL | C | Dividend | K | T | Buy | 01/07/19 | K | | |
| 71. | | | | | Sold (part) | 06/14/19 | J | A | |
| 72. - PGIM TOTAL RETURN BOND CL Z | D | Dividend | L | T | Buy | 01/08/19 | L | | |
| 73. WA Brok.Acct.6 (2931) (H) | | | | | | | | | |
| 74. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 75. - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 76. - VI&A CoSmartDesignVariable Annuity - VY T. Rowe Price Capital Appre | A | Interest | L | T | | | | | |
| 77. - DILLARDS CAP TR I 7.5%, 8/1/38 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts:

Line 2 - A heading for an IRA account.  The underlying assets are reported on lines 3 through 72.

Line 73 - A heading for a brokerage account.  The underlying assets are reported separately on lines 74 through 77, including the income, year-end values and transactions.

Line 76 - The Venerable Ins & Ann Co (formerly Voya) Smart Design Variable Annuity is 100% invested in VY T. Rowe Price Capital Appreciation sub fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544